ACCEPTED
15-25-00102-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 4:14 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 4:14:31 PM
CHRISTOPHER A. PRINE
Clerk

NO. 15-25-00102-CV

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS
AT AUSTIN, TEXAS**

**IN RE FORT BEND COUNTY,**
**Realtor,**

**RELATING TO TRIAL COURT CASUE NO. 2024-78536
11ᵀᴴ DISTRICT COURT OF HARRIS COUNTY, TEXAS
THE HONORABLE KRISTIN B. HAWKINS, PRESIDING JUDGE**

**REAL PARTY IN INTEREST, JOSHUA HEILIGER, ET AL. JOINT UNOPPOSED
MOTION TO EXTEND TIME TO FILE RESPONSE TO REALTOR'S
PETITION FOR WRIT OF MANDAMUS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Real Party in Interest, Joshua David Heiliger, individually, and on behalf of the estate of Lauren Britanne Smith, deceased and on behalf of death benefits beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, and Real Party in Interest Francesca Okonkwo, requesting the Court to extend time to file their Responses to Relator's Petition for Writ of Mandamus and would respectfully show the Court as follows:

**REQUEST FOR EXTENSION OF TIME TO FILE BRIEF**

1.      Per Court Order, Real Party in Interests' Response to Relator's Petition for Writ of Mandamus in this matter is currently due on or before July 3, 2025. Counsel for Real Parties in Interest respectfully requests a 20-day extension to complete these responsive briefs, until July 23, 2025.

2.      No party is opposed to this motion.

3.      Real Parties in Interest's counsel need additional time to file its response as the original twenty-day timeline will be insufficient to research and draft Real Parties in Interest's responses to Relator's Writ.

4.      Real Party in Interest Heiliger's counsel has a myriad of scheduled hearings in District Court cases, mediations and expert depositions, as well as 200+ commercial property tax protest hearings scheduled during the month of June and July, in multiple counties, around the Austin, Houston, and Dallas areas which also require travel. Additionally, Real Party in Interest Heiliger has a brief due to this Court in the related direct appeal filed by Relator Fort Bend County that is currently also due on or before July 3, 2025.[1]

5.      Like Heiliger's counsel, Real Party in Interest Okonkwo's counsel are also addressing very heavy case-loads and counsel, Brazell, just learned at the time of this drafting that the 15th Court has requested counsel in 15-25-00107-CV, *Texas Department of Insurance and Cassie Brown, in her Capacity as Commissioner of the Texas Department of Insurance v. Texas Land Title Association*, to file a response to an Emergency Motion for Temporary relief in an accelerated / interlocutory appeal in the 15th Court by 4:00 p.m. Wednesday, June 25, 2025.

6.      Relator Fort Bend County and Real Party in Interest Greater Houston Psychiatric Associates, PLLC, indicated via counsel, they were unopposed to this motion.

7.      The Court has authority under Texas Rules of Appellate Procedure, Rule 38.6(d) to extend the time to file Real Parties in Interest responsive briefs.

8.      This is Real Party in Interest Heiliger's and Real Party in Interest Okonkwo's first motion for extension to file their responsive briefs in this matter.

---

[1] Simultaneous with this request, Real Party in Interest Heiliger has requested a 60-day extension of the deadline to file his brief in Cause No. 15-25-00061-CV.

9. Real Parties in Interest respectfully request a 20-day extension to the filing of their briefs in this cause from July 3, 2025, to July 23, 2025.

10. This motion is not sought for the sole purpose of delay, but to allow counsel sufficient time to adequately finalize and file Real Parties in Interests responses to fully address the issues raised in the Petition for Writ of Mandamus filed by Fort Bend County.

**PRAYER**

11. ACCORDINGLY, Real Party in Interest, Joshua David Heiliger, Individually, and On Behalf Of The Estate Of Lauren Britanne Smith, Deceased And On Behalf Of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, and Real Party in Interest Francesca Okonkwo, respectfully request the Court to grant their Joint Unopposed Motion to Extend Time to File Real Parties in Interest Responses to Writ of Mandamus and the deadline to be July 23, 2025.

Respectfully Submitted,

*/s/ Russell L. Morris*
Russell L. Morris
State Bar No. 24099150
Pablo A. Franco
State Bar No. 24121625
MCBRYDE FRANCO, PLLC
11000 Richmond Avenue, Suite 350
Houston, TX 77042
(713) 223-7699
(512) 691-9072 [facsimile]
serv.russell@mf-txlaw.com

**ATTORNEYS FOR REAL PARTY IN INTEREST JOSHUA DAVID HEILIGER, ET AL.**

*/s/ James Z. Brazell with permission (by RLM)*

James Z. Brazell
State Bar No. 02930100
Assistant Attorney General
Administrative Law Division
Office Of The Attorney General Of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
James.Brazell@oag.texas.gov

Sherlyn Harper
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office Of The Attorney General Of Texas
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

**ATTORNEYS FOR RESPONDENT,
FRANCISCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT
OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL
AND INDIVIDUAL CAPACITIES**

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with counsel of record, Lisa Teachey, James Brazell, and LaVergne Chang, on or about June 17, 2025, through email exchange. Relator Fort Bend County and Real Party in Interest Greater Houston Psychiatric Association, PLLC, both indicated they were unopposed.

*/s/ Russell Morris*
Russell Morris

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's electronic Filing System and/or email, pursuant to Rule 21a of the Texas Rules of Civil Procedure on June 25, 2025.

**VIA EFILE/ESERVE**
Dean G. Pappas
State Bar No. 15454375
dpappas@dgplawfirm.com
Mary M. Markantonis
State Bar No.12986800
mmarkantonis@dgplawfirm.com
Lisa M. Teachey
State Bar No. 24056416
lteachey@dgplawfirm.com
Marilyn J. Allen
State Bar No. 24025225
mallen@dgplawfirm.com
8588 Katy Freeway, Suite 100
Houston, Texas 77024
713-914-6200-Telephone
713-914-6201-Facsimile

**ATTORNEY FOR INTERVENOR**
**FORT BEND COUNTY**

**VIA EFILE/ESERVE**
LaVerne Chang
State Bar No. 00783819
chang@cardwellchang.com
Cardwell & Chang, PLLC
511 Lovett Blvd.
Houston, TX 77006
Telephone: 713-222-6025
Facsimile: 713-222-0938

**ATTORNEYS FOR RESPONDENT,**
**GREATER HOUSTON PSYCHIATRIC**
**ASSOCIATES, PLLC**

*/s/ Russell L. Morris*
Russell L. Morris

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shauna O'Brien on behalf of Russell Morris
Bar No. 24099150
shauna@mf-txlaw.com
Envelope ID: 102433952
Filing Code Description: Motion
Filing Description: Joint Unopposed Motion to Extend Time for File Response to Writ of Mandamus
Status as of 6/25/2025 4:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 6/25/2025 4:14:31 PM | SENT |
| Laverne Chang | 783819 | chang@cardwellchang.com | 6/25/2025 4:14:31 PM | SENT |
| James Brazell | 2930100 | james.brazell@oag.texas.gov | 6/25/2025 4:14:31 PM | SENT |
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 6/25/2025 4:14:31 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 6/25/2025 4:14:31 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 6/25/2025 4:14:31 PM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 6/25/2025 4:14:31 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 6/25/2025 4:14:31 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 6/25/2025 4:14:31 PM | SENT |
| Jackie Struss | | jackie_struss@justex.net | 6/25/2025 4:14:31 PM | SENT |
| Joshua DavidHeiliger, et al. | | serv.russell@mf-txlaw.com | 6/25/2025 4:14:31 PM | SENT |
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 6/25/2025 4:14:31 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 6/25/2025 4:14:31 PM | SENT |